UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY J. HOLLINS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | Case No. 4:05CV795 HEA |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

## ORDER

This matter is before the Court on Magistrate Judge Lewis M. Blanton's Report and Recommendation that the decision of the Commissioner denying plaintiff's applications for Supplemental Security Income benefits be affirmed. Plaintiff has not filed any objections to the Report and Recommendation within the prescribed time period. The Court, therefore need not conduct a *de novo* review and adopts Judge Blanton's Recommendation. For the reasons set forth in Judge Blanton's Report and Recommendation,

**IT IS HEREBY ORDERED** that the Commissioner's decision denying plaintiff's applications for Supplemental Security Income benefits under Title XVI of the Social Security Act is affirmed.

Dated this 6th day of September, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE